# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY PROJECT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No: 17-2518 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's order dated April 6, 2018, the parties, by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA"). Defendant answered the Complaint on February 14, 2018.

2. This lawsuit involves a FOIA request by the Government Accountability Project ("GAP") directed to the Department of Homeland Security ("DHS") as more fully described in Attachment "A" to the Complaint.

3. DHS has completed its processing of the FOIA request and, by letter dated April 11, 2018, provided a final response to Plaintiff advising that it had located no responsive records.

4. The parties propose the following schedule for the briefing of summary judgment motions:

| | |
|---|---|
| Defendant's motion for summary Judgment: | June 27, 2018 |
| Plaintiff's opposition and cross-motion: | July 27, 2018 |
| Defendant's reply and opposition: | August 17, 2018 |

Plaintiff's reply:					September 7, 2018

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. BAR # 924092
        Civil Chief

        By: _____/s/_____
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528
        Jeremy.Simon@usdoj.gov

        Counsel for Defendant

           AND

        _____/s/_____
        Joshua Burday
        LOEVY & LOEVY
        311 North Aberdeen, 3rd Floor
        Chicago, IL 60607
        312-243-5900
        foia@loevy.com

        Counsel for Plaintiff