**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) | Case No. 17-cv-2518 Judge Christopher R. Cooper |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff GOVERNMENT ACCOUNTABILITY PROJECT, by undersigned counsel, moves for partial summary judgment on its Freedom of Information Act claim against Defendant DHS as to all responsive communications between DHS and the White House on the subjects of increasing searches of electronic devices at the border and "extreme vetting" in the form of "ideological tests." As explained in the accompanying memorandum, DHS has failed to prove beyond material doubt that it conducted a reasonable search for records, and with regard to possible illegal retaliation against DHS employees for disclosing information with regard to these subjects, DHS has conducted no search at all.

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

_____

Attorneys for Plaintiff
GOVERNMENT ACCOUNTABILITY PROJECT

Matthew Topic, Bar No. IL0037
Joshua Burday, Bar No. IL0042
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

(312) 243-5900
matt@loevy.com
joshb@loevy.com

## **CERTIFICATE OF SERVICE**

I, Matthew V. Topic, an attorney, certify that on July 27, 2018, I caused the foregoing PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew V. Topic*