**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. ) | Case No. 17-cv-2518<br><br>Judge Christopher R. Cooper |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for partial summary judgment and Defendant's motion for summary judgment, and the memoranda in support thereof and in opposition thereto, it is hereby ORDERED that Plaintiff's motion is GRANTED and Defendant's motion is DENIED. Defendant is ordered to produce all responsive communications between DHS and the White House on the subjects of increasing searches of electronic devices at the border and "extreme vetting" in the form of "ideological tests." Plaintiff is granted leave to take discovery to ascertain the extent to which responsive records exist and what further search should be conducted.

Dated: _____          _____
                                        The Honorable Christopher R. Cooper
                                        United States District Judge