**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY PROJECT**, | |
| Plaintiff, | Case No. 17-cv-2518 (CRC) |
| v. | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** | |
| Defendant. | |

## ORDER

The Court has reviewed the parties' submissions regarding additional search terms. With respect to the outstanding disagreements, the Court concludes the following: (1) that Plaintiff's additional requests detailed in ¶¶ 5-6 of the joint status report are beyond the scope of the original FOIA request; and (2) that the search cut-off date for the additional search discussed in ¶ 3 of the joint status report shall be the date on which that search is conducted. Therefore, Defendant need only conduct the additional search discussed in ¶ 3 of the joint status report, but must use the date of that search as the cut-off date for search returns.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:  November 21, 2018